**BCJ MANAGEMENT LP**

v.

**COTTON, S.**

1168 CD 2016

Commonwealth Court of Pennsylvania.

07/10/2017

Allegheny County Civil Division, LT–15–001142

Affirmed

**CARR, W., et al.**

v.

**HORSHAM TWP, et al.**

1536 CD 2016

Commonwealth Court of Pennsylvania.

07/10/2017

Montgomery County Civil Division, 2016–01501

Affirmed/Reversed/Remanded

**ROLAND STOCK, LLC**

v.

**HOUSING AUTH OF CO. OF BERKS**

1412 CD 2016

Commonwealth Court of Pennsylvania.

07/10/2017

Berks County Civil Division, No. 16–3133

Vacated/Remanded

**ARMCO ADV. MATERIALS CORP.**

v.

**BD. OF AA., et al.**

546 CD 2016

Commonwealth Court of Pennsylvania.

07/11/2017

Butler County Civil Division, A.D. No. 14–40288

Affirmed